(April 30, 1971)

■ JOSEPH CALVARUSO, an Infant by GLORIA CALVARUSO, as Natural
Guardian, et al., Appellants, v. OUR LADY OF PEACE ROMAN CATHOLIC CHURCH,
Defendant, and METHODIST HOSPITAL OF BROOKLYN et al., Respondents.—■

Rabin, P. J., Martuscello, Shapiro, Christ
and Brennan, JJ., concur.

THIRD DEPARTMENT, APRIL, 1971

(April 5, 1971)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES WATERS,
Petitioner, v. J. EDWIN LA VALLEE, as Warden of Clinton Correctional Facility,
Respondent.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.